478 A.2d 59

Commonwealth v. McIntosh, Appellant.

Submitted April 16, 1984.   Scott D.

564

Keller, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgments of sentence affirmed.